IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STUDENT LOAN MARKETING ASSOCIATION,

Plaintiff

v.   CIVIL NO. 98-1948(HL)

JUAN J. ESCOBALES ORTIZ,

Defendant

**ORDER**

The trial of this case scheduled for August 3, 1999 was not held since the parties stated in open court that they have settled. Defendant was to pay plaintiff the amount of $6,500 in a three-month period. Failure to comply with any of the payments, will be understood as a confession of owing the full amount claimed.

The parties were granted ten (10) days to file the settlement papers, as of this date the settlement documents have not been filed. Having thus the parties the intention of ending the controversy through settlement, and having the parties failed to comply with the deadlines, there is no other alternative than to approve the stipulation. Judgment is to be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of September, 1999.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)