ENTERED ON DOCKET
9-7-99

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STUDENT LOAN MARKETING ASSOCIATION,

Plaintiff

v.                                    CIVIL NO. 98-1948(HL)

JUAN J. ESCOBALES ORTIZ,

Defendant

## JUDGMENT

Having the parties agreed to settle this case and having the Court approved the stipulation, it is hereby ordered that defendant proceed to pay plaintiff within a three-month period the amount of $6,500. Non-compliance will be understood that defendant has confessed to owe the full amount claimed in the complaint. Thus, the first payment is to become due ten (10) days after the entrance of this judgment by the Clerk of the Court. The complaint is dismissed with prejudice and without the imposition of costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of September, 1999.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

AO 72
(Rev 8/82)